## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

RICKIE GREEN
ADC #117055                                                                                    PLAINTIFF

V.                                    NO: 2:07CV00003 JMM

GREG HARMON *et al.*                                                                          DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1.  Plaintiff's complaint (docket entry #2) is DISMISSED WITH PREJUDICE for failure to state a claim upon which relief may be granted.

2.  This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g).

3.  The Court certifies that an *in forma pauperis* appeal taken from the order dismissing this action is considered frivolous and not in good faith.

DATED this   8   day of February, 2007.


                                                              _____
                                                              UNITED STATES DISTRICT JUDGE