## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

RICKIE GREEN
ADC #117055                                                                                         PLAINTIFF

V.                                    NO: 2:07CV00003 JMM

GREG HARMON *et al.*                                                                          DEFENDANTS

### JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this   8   day of February, 2007.

_____
UNITED STATES DISTRICT JUDGE